THE HONORABLE THOMAS S. ZILLY

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD A. GEIER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>M-QUBE, INC.; MOBILE MESSENGER AMERICAS, INC., d/b/a MOBILE MESSENGER; and JOHN DOES 1-20,<br><br>Defendants. | NO. 2:13-cv-00354 TSZ<br><br>**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>**Note on Motion Calendar:  11/07/2014** |

Plaintiff's Motion for Class Certification has been filed under seal pending resolution of Plaintiff's Motion to File "Confidential" Documents in Support of Plaintiff's Motion for Class Certification Under Seal or in Open Court (Dkt. # 77).

PLAINTIFF'S MOTION FOR CLASS CERTIFICATION - 1
CASE NO. 2:13-CV-00354 TSZ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

RESPECTFULLY SUBMITTED AND DATED this 16th day of October, 2014.

TERRELL MARSHALL DAUDT & WILLIE PLLC

By:  /s/ Toby J. Marshall, WSBA #32726
Toby J. Marshall, WSBA #32726
Email:  tmarshall@tmdwlaw.com
Jennifer Rust Murray, WSBA #36983
Email:  jmurray@tmdwlaw.com
Erika L. Nusser, WSBA #40854
Email:  enusser@tmdwlaw.com
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603
Facsimile:  (206) 350-3528

Darrell W. Scott, WSBA #20241
Email:  darrellscott@mac.com
Matthew J. Zuchetto, WSBA #33404
Email:  matthewzuchetto@mac.com
THE SCOTT LAW GROUP, P.S.
Chronicle Building, Suite 680
926 West Sprague Avenue
Spokane, Washington  99201
Telephone:  (509) 455-3966
Facsimile:  (509) 455-3906

*Attorneys for Plaintiff*

- 2
CASE NO. 2:13-CV-00354 TSZ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

## CERTIFICATE OF SERVICE

I, Toby J. Marshall, hereby certify that on October 16, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen M. Rummage, WSBA #11168
E-mail: steverummage@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington  98101-3045
Telephone:  (206) 622-3150
Facsimile:  (206) 757-7700

Alan D. Sege, *Admitted Pro Hac Vice*
Email:  alan.sege@mobilemessenger.com
6601 Center Drive West Suite 700
Los Angeles, California 90045
Telephone:  (310) 957-3301

*Attorneys for Defendants M-Qube, Inc., and Mobile Messenger Americas, Inc.*

Colin G. Prince, WSBA #43166
E-mail:  colinprince@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue Suite 2200
Seattle, WA 98101-3045
Telephone:  (206) 622-3150
Facsimile:  (206) 757-7700

*Attorneys for Mobile Messenger Americas, Inc., d/b/a Mobile Messenger*

DATED this 16th day of October, 2014.

TERRELL MARSHALL DAUDT
& WILLIE PLLC

By: /s/ Toby J. Marshall, WSBA #32726
   Toby J. Marshall, WSBA #32726
   Email:  tmarshall@tmdwlaw.com
   936 North 34th Street, Suite 300
   Seattle, Washington  98103-8869
   Telephone:  (206) 816-6603
   Facsimile:  (206) 350-3528

*Attorneys for Plaintiff*

- 3
CASE NO. 2:13-CV-00354 TSZ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com