THE HONORABLE THOMAS S. ZILLY

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

RICHARD A. GEIER, individually and on
behalf of all others similarly situated,

Plaintiff,

v.

M-QUBE, INC.; MOBILE MESSENGER
AMERICAS, INC., d/b/a MOBILE
MESSENGER; and JOHN DOES 1-20,

Defendants.

NO. 2:13-cv-00354 TSZ

**COMPENDIUM OF CLASS
MEMBER DECLARATIONS IN
SUPPORT OF PLAINTIFF'S
MOTION FOR CLASS
CERTIFICATION**

Plaintiff Richard A. Geier, individually and on behalf of all others similarly situated,

respectfully submits the following declarations in support of his Motion for Class Certification:

| EXHIBIT NO. | DECLARATION |
|:---:|:---|
| 1. | █████████ |
| 2. | ████████████ |
| 3. | ██████████ |
| 4. | ████████ |
| 5. | █████████ |
| 6. | █████████ |

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

| Exhibit No. | Declaration |
|---|---|
| 7. | ████████ |
| 8. | ████████ |
| 9. | ████████ |
| 10. | █████ |
| 11. | █████ |
| 12. | ████████████ |
| 13. | ████████ |
| 14. | █████ |
| 15. | ███████ |
| 16. | █████ |
| 17. | █████ |
| 18. | ███████████ |
| 19. | ██████ |
| 20. | █████ |
| 21. | ██████ |
| 22. | ██████ |
| 23. | ██████ |
| 24. | █████████ |
| 25. | █████ |
| 26. | ███████ |
| 27. | ██████ |
| 28. | ██████ |
| 29. | ██████ |

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

| EXHIBIT NO. | DECLARATION |
|:---:|:---|
| 30. | ███████████ |
| 31. | █████ |
| 32. | ████ |
| 33. | █████ |
| 34. | ██████████ |
| 35. | █████ |
| 36. | █████ |
| 37. | █████ |
| 38. | █████ |
| 39. | ███████ |
| 40. | ████████ |
| 41. | ████████ |
| 42. | █████ |
| 43. | █████ |
| 44. | ████ |
| 45. | ████████ |
| 46. | ███████ |
| 47. | ███████ |
| 48. | ██████ |
| 49. | █████ |
| 50. | ██████ |
| 51. | █████ |
| 52. | ██████ |

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

| EXHIBIT NO. | DECLARATION |
|---|---|
| 53. | ███████████ |
| 54. | █████████ |
| 55. | ████████ |
| 56. | ██████████ |
| 57. | █████████████ |
| 58. | ██████████ |
| 59. | ██████████ |
| 60. | ███████ |
| 61. | ████████ |
| 62. | ███████████ |
| 63. | ████████████ |
| 64. | █████████ |
| 65. | ████████ |
| 66. | ██████████ |
| 67. | ██████████ |
| 68. | ████████ |
| 69. | ███████████ |
| 70. | ██████ |
| 71. | █████████ |
| 72. | ███████ |
| 73. | ███████ |
| 74. | ██████████ |
| 75. | ██████████ |

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

| Exhibit No. | Declaration |
|:-----------:|:-----------:|
| 76. | ███████████ |
| 77. | █████ |
| 78. | ██████ |
| 79. | █████ |
| 80. | ██████ |
| 81. | ████ |
| 82. | █████████ |
| 83. | █████ |
| 84. | ███ |
| 85. | ██████ |
| 86. | ███████ |
| 87. | ████ |
| 88. | █████ |
| 89. | ██████ |
| 90. | ██████ |
| 91. | █████ |
| 92. | ███████ |
| 93. | ██████ |
| 94. | ██████ |
| 95. | ██████ |
| 96. | ██████ |
| 97. | ███████ |
| 98. | █████ |

COMPENDIUM OF CLASS MEMBER DECLARATIONS IN
SUPPORT OF PLAINTIFF'S MOTION FOR CLASS
CERTIFICATION - 5
CASE NO. 2:13-CV-00354 TSZ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

| EXHIBIT NO. | DECLARATION |
|---|---|
| 99. | ████████████ |
| 100. | ██████████ |
| 101. | █████████ |
| 102. | ███████ |
| 103. | █████████ |
| 104. | ███████████ |
| 105. | ██████ |
| 106. | ██████████ |
| 107. | █████████ |
| 108. | ██████ |
| 109. | █████████ |
| 110. | █████████████ |
| 111. | █████████ |
| 112. | █████████ |
| 113. | ████████ |
| 114. | ███████ |
| 115. | ███████ |
| 116. | █████████ |
| 117. | ████████ |
| 118. | █████████ |
| 119. | █████████ |
| 120. | ██████████ |
| 121. | ███████ |

COMPENDIUM OF CLASS MEMBER DECLARATIONS IN
SUPPORT OF PLAINTIFF'S MOTION FOR CLASS
CERTIFICATION - 6
CASE NO. 2:13-CV-00354 TSZ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

| Exhibit No. | Declaration |
|:---:|:---:|
| 122. | ████████████ |
| 123. | ██████ |
| 124. | ██████ |
| 125. | █████████ |
| 126. | ███████ |
| 127. | ███████ |
| 128. | █████ |
| 129. | █████ |

RESPECTFULLY SUBMITTED AND DATED this 16th day of October, 2014.

TERRELL MARSHALL DAUDT & WILLIE PLLC

By:   /s/ Toby J. Marshall, WSBA #32726
Toby J. Marshall, WSBA #32726
Email:  tmarshall@tmdwlaw.com
Jennifer Rust Murray, WSBA #36983
Email:  jmurray@tmdwlaw.com
Erika L. Nusser, WSBA #40854
Email:  enusser@tmdwlaw.com
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603
Facsimile:  (206) 350-3528

Darrell W. Scott, WSBA #20241
Email:  darrellscott@mac.com
Matthew J. Zuchetto, WSBA #33404
Email:  matthewzuchetto@mac.com
THE SCOTT LAW GROUP, P.S.
Chronicle Building, Suite 680
926 West Sprague Avenue
Spokane, Washington  99201
Telephone:  (509) 455-3966
Facsimile:  (509) 455-3906

*Attorneys for Plaintiff*

COMPENDIUM OF CLASS MEMBER DECLARATIONS IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION - 7
CASE NO. 2:13-CV-00354 TSZ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

<u>CERTIFICATE OF SERVICE</u>

I, Toby J. Marshall, hereby certify that on October 16, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen M. Rummage, WSBA #11168
E-mail: steverummage@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

Alan D. Sege, *Admitted Pro Hac Vice*
Email: alan.sege@mobilemessenger.com
6601 Center Drive West Suite 700
Los Angeles, California 90045
Telephone: (310) 957-3301

*Attorneys for Defendants M-Qube, Inc., and Mobile Messenger Americas, Inc.*

Colin G. Prince, WSBA #43166
E-mail: colinprince@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

*Attorneys for Mobile Messenger Americas, Inc., d/b/a Mobile Messenger*

DATED this 16th day of October, 2014.

TERRELL MARSHALL DAUDT
& WILLIE PLLC

By: /s/ Toby J. Marshall, WSBA #32726
Toby J. Marshall, WSBA #32726
Email: tmarshall@tmdwlaw.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

*Attorneys for Plaintiff*

COMPENDIUM OF CLASS MEMBER DECLARATIONS IN
SUPPORT OF PLAINTIFF'S MOTION FOR CLASS
CERTIFICATION - 8
CASE NO. 2:13-CV-00354 TSZ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

EXHIBIT 1

HONORABLE THOMAS S. ZILLY

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

RICHARD A. GEIER, individually and on
behalf of all others similarly situated,

        Plaintiff,

    v.

M-QUBE, INC.; MOBILE MESSENGER
AMERICAS, INC., d/b/a MOBILE
MESSENGER; and JOHN DOES 1-20,

        Defendants.

NO. 2:13-cv-00354 TSZ

**DECLARATION OF** █████

I, ███████, state as follows:

1.  I am over 18 years old and reside in Lynwood, Washington. I have personal knowledge of the facts set forth in this declaration.

2.  Since at least January 2011, my cellphone number has been ████████.

3.  To the best of my recollection, I have never authorized charges to be placed on my cellphone bill for third-party goods or services, including ringtones, text alerts, wallpaper, reverse auction games, or coupons.

4.  Until recently, I was unaware that such charges could be placed on my cellphone bill.

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

5.     I understand the Defendants in this case, M-Qube, Inc. and Mobile Messenger

Americas, Inc., have listed my cellphone number as one of the numbers on which they placed

charges for third-party goods or services.

6.     Any such charges were unauthorized.

I declare under penalty of perjury under the laws of the United States that the foregoing

is true and correct.

Executed this _8_ day of October, 2014 at Lynwood, Washington.



TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 ▪ FAX 206.350.3528
www.tmdwlaw.com

EXHIBIT 2

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD A. GEIER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>M-QUBE, INC.; MOBILE MESSENGER AMERICAS, INC., d/b/a MOBILE MESSENGER; and JOHN DOES 1-20,<br><br>Defendants. | NO. 2:13-cv-00354 TSZ<br><br>**DECLARATION OF** ▮ |

I, ▮ , state as follows:

1.     I am over 18 years old and reside in Burien, Washington. I have personal knowledge of the facts set forth in this declaration.

2.     Since at least January 2011, my cellphone number has been ▮

3.     To the best of my recollection, I have never authorized charges to be placed on my cellphone bill for third-party goods or services, including ringtones, text alerts, wallpaper, reverse auction games, or coupons.

4.     Until recently, I was unaware that such charges could be placed on my cellphone bill.

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1    5.    I understand the Defendants in this case, M-Qube, Inc. and Mobile Messenger

2  Americas, Inc., have listed my cellphone number as one of the numbers on which they placed

3  charges for third-party goods or services.

4    6.    Any such charges were unauthorized.

5    I declare under penalty of perjury under the laws of the United States that the foregoing

6  is true and correct.

7    Executed this 24 day of September, 2014 at Burien, Washington.

8

9                                          

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL  206.816.6603 • FAX 206.350.3528
www.tmdlaw.com

EXHIBIT 3

1

2

3

4

5

6

7

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8

9
RICHARD A. GEIER, individually and on
behalf of all others similarly situated,

10
Plaintiff,

11
v.

12
M-QUBE, INC.; MOBILE MESSENGER
AMERICAS, INC., d/b/a MOBILE
MESSENGER; and JOHN DOES 1-20,

13

14
Defendants.

15

NO. 2:13-cv-00354 TSZ

**DECLARATION OF** ██████████
██████

16

17
I, ████████████ , state as follows:

18
1.      I am over 18 years old and reside in Tenino, Washington. I have

19
personal knowledge of the facts set forth in this declaration.

20
2.      Since 2011, my cellphone number has been ████████████ .

21
3.      To the best of my recollection, I have never authorized charges to be placed on

22
my cellphone bill for third-party goods or services, including ringtones, text alerts, wallpaper,

23
reverse auction games, or coupons. In fact, it is my practice not to subscribe to such services.

24
4.      Until recently, I was unaware that such charges could be placed on my cellphone

25
bill.

26

27

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1   5.      I understand the Defendants in this case, M-Qube, Inc. and Mobile Messenger

2   Americas, Inc., have listed my cellphone number as one of the numbers on which they placed

3   charges for third-party goods or services.

4   6.      Any such charges were unauthorized.

5   I declare under penalty of perjury under the laws of the United States that the foregoing

6   is true and correct.

7   Executed this __15__ day of October, 2014 at Tenino, Washington.



TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

EXHIBIT 4

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD A. GEIER, individually and on
behalf of all others similarly situated,

                Plaintiff,

    v.

M-QUBE, INC.; MOBILE MESSENGER
AMERICAS, INC., d/b/a MOBILE
MESSENGER; and JOHN DOES 1-20,

                Defendants.

No. 2:13-cv-00354

**DECLARATION OF** ▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮ state as follows:

    1.     I am over 18 years old and reside in Wenatchee, WA. I have personal knowledge of the facts set forth in this Declaration.

    2.     From 2011 to 2013, my cellphone number has been ▮▮▮▮▮▮.

    3.     To the best of my recollection, I have never authorized charges to be place on my cellphone bill for third-party goods or services, including ringtones, text alerts, wallpaper, reverse auction games, or coupons.

    4.     Until recently, I was unaware that such charges could be placed on my cellphone bill.

DECLARATION OF ▮▮▮▮▮▮    1
No. 2:13-cv-00354 TSZ

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

5.      I understand the Defendant in this case, M-Qube, Inc. and Mobile Messenger, have listed my cellphone number as one of the numbers on which they placed charges for third-party goods or services.

6.      Any such charges were unauthorized.

I declare under penalty of perjury under the laws of the United States and the state of Washington that the foregoing is true and correct.

EXECUTED this *12* day of September, 2014.



(Signature)

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD A. GEIER, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| M-QUBE, INC.; MOBILE MESSENGER AMERICAS, INC., d/b/a MOBILE MESSENGER; and JOHN DOES 1-20, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

No. 2:13-cv-00354

**DECLARATION OF** ███████████

I, ███████, state as follows:

1.      I am over 18 years old and reside in Airway Heights, WA.  I have personal knowledge of the facts set forth in this Declaration.

2.      From 2011 to 2013, my cellphone number has been ███████.

3.      To the best of my recollection, I have never authorized charges to be placed on my cellphone bill for third-party goods or services, including ringtones, text alerts, wallpaper, reverse auction games, or coupons.

4.      Until recently, I was unaware that such charges could be placed on my cellphone bill.

DECLARATION OF ███████ : 1
No. 2:13-cv-00354 TSZ

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA  99201
(509) 455-3966

5.     I understand the Defendant in this case, M-Qube, Inc. and Mobile Messenger, have listed my cellphone number as one of the numbers on which they placed charges for third-party goods or services.

6.     Any such charges were unauthorized.

I declare under penalty of perjury under the laws of the United States and the state of Washington that the foregoing is true and correct.

EXECUTED this  14  day of September, 2014.



LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD A. GEIER, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>M-QUBE, INC.; MOBILE MESSENGER AMERICAS, INC., d/b/a MOBILE MESSENGER; and JOHN DOES 1-20,<br><br>          Defendants. | No. 2:13-cv-00354<br><br>**DECLARATION OF** ████████ |

I, ███████ state as follows:

1.    I am over 18 years old and reside in Zillah, WA. I have personal knowledge of the facts set forth in this Declaration.

2.    From 2011 to 2013, my cellphone number has been ████████.

3.    To the best of my recollection, I have never authorized charges to be placed on my cellphone bill for third-party goods or services, including ringtones, text alerts, wallpaper, reverse auction games, or coupons.

4.    I understand the Defendant in this case, M-Qube, Inc. and Mobile Messenger, have listed my cellphone number as one of the numbers on which they placed charges for third-party

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

goods or services.

5. Any such charges were unauthorized.

I declare under penalty of perjury under the laws of the United States and the state of Washington that the foregoing is true and correct.

EXECUTED this _17_ day of September, 2014.



LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

EXHIBIT 7

HONORABLE THOMAS S. ZILLY

1

2

3

4

5

6

7       U.S. DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON

8

9    RICHARD A. GEIER, individually and on
     behalf of all others similarly situated,

10                                              NO. 2:13-cv-00354 TSZ
                Plaintiff,
11                                              **DECLARATION OF** ▮▮▮▮
        v.

12
     M-QUBE, INC.; MOBILE MESSENGER
13   AMERICAS, INC., d/b/a MOBILE
     MESSENGER; and JOHN DOES 1-20,
14
                Defendants.
15

16

17       I, ▮▮▮▮▮▮▮▮, state as follows:

18       1.    I am over 18 years old and reside in Olympia, Washington. I have personal

19   knowledge of the facts set forth in this declaration.

20       2.    Since 2011, my cellphone number has been ▮▮▮ ▮▮▮▮.

21       3.    To the best of my recollection, I have never authorized charges to be placed on

22   the bill relating to my cell phone number for third-party goods or services, including ringtones,

23   text alerts, wallpaper, reverse auction games, or coupons. In fact, it is my practice not to

24   subscribe to such services.

25       4.    Until recently, I was unaware that such charges could be placed on the bill

26   relating to my cell phone number.

27

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1      5.      I understand the Defendants in this case, M-Qube, Inc. and Mobile Messenger

2  Americas, Inc., have listed my cellphone number as one of the numbers on which they placed

3  charges for third-party goods or services.

4      6.      Any such charges were unauthorized.

5      I declare under penalty of perjury under the laws of the United States that the foregoing

6  is true and correct.

7      Executed this __14__ day of October, 2014 at Olympia, Washington.

8

9

10 

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL 206 816 6603 • FAX 206 350 3528
www.tmdwlaw.com

DECLARATION OF ████████ - 2
CASE NO. 2.13-CV-00354 TSZ

EXHIBIT 8

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD A. GEIER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>M-QUBE, INC.; MOBILE MESSENGER AMERICAS, INC., d/b/a MOBILE MESSENGER; and JOHN DOES 1-20,<br><br>    Defendants. | NO. 2:13-cv-00354 TSZ<br><br>**DECLARATION OF** ▮▮▮▮▮ |

I, ▮▮▮▮▮▮▮▮▮▮ , state as follows:

1.    I am over 18 years old and reside in Seattle, Washington. I have personal knowledge of the facts set forth in this declaration.

2.    Since 2011, my cellphone number has been ▮▮▮▮▮▮ .

3.    To the best of my recollection, I have never authorized charges to be placed on my cellphone bill for third-party goods or services, including ringtones, text alerts, wallpaper, reverse auction games, or coupons. In fact, it is my practice not to subscribe to such services.

4.    Until recently, I was unaware that such charges could be placed on my cellphone bill.

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1    5.    I understand the Defendants in this case, M-Qube, Inc. and Mobile Messenger

2  Americas, Inc., have listed my cellphone number as one of the numbers on which they placed

3  charges for third-party goods or services.

4    6.    Any such charges were unauthorized.

5    I declare under penalty of perjury under the laws of the United States that the foregoing

6  is true and correct.

7    Executed this  14th  day of October, 2014 at Seattle, Washington.



TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL: 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

DECLARATION OF                  - 2
CASE NO. 2:13-CV-00354 TSZ

EXHIBIT 9

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

RICHARD A. GEIER, individually and on
behalf of all others similarly situated,

        Plaintiff,

v.

M-QUBE, INC.; MOBILE MESSENGER
AMERICAS, INC., d/b/a MOBILE
MESSENGER; and JOHN DOES 1-20,

        Defendants.

NO. 2:13-cv-00354 TSZ

**DECLARATION OF** ▮▮▮▮

I, ▮▮▮▮▮, state as follows:

1.     I am over 18 years old and reside in Bellingham, Washington. I have personal knowledge of the facts set forth in this declaration.

2.     Since at least January 2011, my cellphone number has been ▮▮▮▮▮.

3.     To the best of my recollection, I have never authorized charges to be placed on my cellphone bill for third-party goods or services, including ringtones, text alerts, wallpaper, reverse auction games, or coupons.

4.     In March 2012, I identified unauthorized third-party charges on my cellphone bill.

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1   5.   On or about March 19, 2012, I contacted T-Mobile, my wireless carrier, and

2   alerted the representative to the unauthorized third-party charges on my bill. The T-Mobile

3   representative informed me that they would immediately unsubscribe me from the unauthorized

4   third-party service.

5   6.   I understand the Defendants in this case, M-Qube, Inc. and Mobile Messenger

6   Americas, Inc., have listed my cellphone number as one of the numbers on which they placed

7   charges for third-party goods or services. As noted above, those charges were unauthorized.

8       I declare under penalty of perjury under the laws of the United States that the foregoing

9   is true and correct.

10      Executed this _11ᵗʰ_ day of October, 2014 at Bellingham, Washington.

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

EXHIBIT 10

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD A. GEIER, individually and on
behalf of all others similarly situated,

               Plaintiff,

    v.

M-QUBE, INC.; MOBILE MESSENGER
AMERICAS, INC., d/b/a MOBILE
MESSENGER; and JOHN DOES 1-20,

               Defendants.

No. 2:13-cv-00354

**DECLARATION OF** ███████

I, ███████, state as follows:

1.     I am over 18 years old and reside in Richland, WA. I have personal knowledge of the facts set forth in this Declaration.

2.     From 2011 to 2013, my cellphone number has been ███████.

3.     To the best of my recollection, I have never authorized charges to be placed on my cellphone bill for third-party goods or services, including ringtones, text alerts, wallpaper, reverse auction games, or coupons.

4.     Until recently, I was unaware that such charges could be placed on my cellphone bill.

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

5.      I understand the Defendant in this case, M-Qube, Inc. and Mobile Messenger, have listed my cellphone number as one of the numbers on which they placed charges for third-party goods or services.

6.      Any such charges were unauthorized.

I declare under penalty of perjury under the laws of the United States and the state of Washington that the foregoing is true and correct.

EXECUTED this _____ day of ~~September~~, 2014.

6th      October 2014

(Signature)

LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

EXHIBIT 11

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD A. GEIER, individually and on
behalf of all others similarly situated,

                    Plaintiff,

    v.

M-QUBE, INC.; MOBILE MESSENGER
AMERICAS, INC., d/b/a MOBILE
MESSENGER; and JOHN DOES 1-20,

                    Defendants.

No. 2:13-cv-00354

**DECLARATION OF** ███████

I, ██████, state as follows:

1.    I am over 18 years old and reside in Cashmere, WA. I have personal knowledge of the facts set forth in this Declaration.

2.    From 2011 to 2013, my cellphone number has been ███████.

3.    To the best of my recollection, I have never authorized charges to be placed on my cellphone bill for third-party goods or services, including ringtones, text alerts, wallpaper, reverse auction games, or coupons.

4.    Until recently, I was unaware that such charges could be placed on my cellphone bill.

DECLARATION OF ███████: 1
No. 2:13-cv-00354 TSZ

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

5. I understand the Defendant in this case, M-Qube, Inc. and Mobile Messenger, have listed my cellphone number as one of the numbers on which they placed charges for third-party goods or services.

6. Any such charges were unauthorized.

I declare under penalty of perjury under the laws of the United States and the state of Washington that the foregoing is true and correct.

EXECUTED this _10_ day of October, 2014.

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

EXHIBIT 12

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD A. GEIER, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>     v.<br><br>M-QUBE, INC.; MOBILE MESSENGER AMERICAS, INC., d/b/a MOBILE MESSENGER; and JOHN DOES 1-20,<br><br>                  Defendants. | No. 2:13-cv-00354<br><br>**DECLARATION OF** ▮▮▮▮▮ |

I, ▮▮▮▮▮▮▮, state as follows:

    1.     I am over 18 years old and reside in Spokane, WA. I have personal knowledge of the facts set forth in this Declaration.

    2.     From 2011 to 2013, my cellphone number has been ▮▮▮▮▮

    3.     To the best of my recollection, I have never authorized charges to be placed on my cellphone bill for third-party goods or services, including ringtones, text alerts, wallpaper, reverse auction games, or coupons.

    4.     Until recently, I was unaware that such charges could be placed on my cellphone bill.

DECLARATION OF ▮▮▮▮▮▮ : 1
No. 2:13-cv-00354 TSZ

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

5. I understand the Defendant in this case, M-Qube, Inc. and Mobile Messenger, have listed my cellphone number as one of the numbers on which they placed charges for third-party goods or services.

6. Any such charges were unauthorized.

I declare under penalty of perjury under the laws of the United States and the state of Washington that the foregoing is true and correct.

EXECUTED this _29th_ day of September, 2014.



(Signature)

LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

EXHIBIT 13

## U.S. DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD A. GEIER, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>M-QUBE, INC.; MOBILE MESSENGER AMERICAS, INC., d/b/a MOBILE MESSENGER; and JOHN DOES 1-20,<br><br>                Defendants. | NO. 2:13-cv-00354 TSZ<br><br>**DECLARATION OF** ▇▇▇▇▇▇ |

I, ▇▇▇▇▇▇▇▇▇▇ , state as follows:

1.      I am over 18 years old and reside in Kent, Washington.  I have personal knowledge of the facts set forth in this declaration.

2.      Since at least January of 2006, my cellphone number has been ▇▇▇▇▇▇ .

3.      To the best of my recollection, I have never authorized charges to be placed on my cellphone bill for third-party goods or services, including ringtones, text alerts, wallpaper, reverse auction games, or coupons.

4.      Until recently, I was unaware that such charges could be placed on my cellphone bill.

DECLARATION OF ▇▇▇▇▇▇ - 1
CASE NO. 2:13-CV-00354 TSZ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1    5.    I understand the Defendants in this case, M-Qube, Inc. and Mobile Messenger

2  Americas, Inc., have listed my cellphone number as one of the numbers on which they placed

3  charges for third-party goods or services.

4    6.    Any such charges were unauthorized.

5    I declare under penalty of perjury under the laws of the United States that the foregoing

6  is true and correct.

7    Executed this  11  day of October, 2014 at Kent, Washington.

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

EXHIBIT 14

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

RICHARD A. GEIER, individually and on
behalf of all others similarly situated,

       Plaintiff,

     v.

M-QUBE, INC.; MOBILE MESSENGER
AMERICAS, INC., d/b/a MOBILE
MESSENGER; and JOHN DOES 1-20,

       Defendants.

NO. 2:13-cv-00354 TSZ

**DECLARATION OF** ▮▮▮

I, ▮▮▮, state as follows:

1.    I am over 18 years old and reside in San Diego, California.  I have personal knowledge of the facts set forth in this declaration.

2.    Since at least January 2011, my cellphone number has been ▮▮▮ ▮▮▮.

3.    To the best of my recollection, I have never authorized charges to be placed on my cellphone bill for third-party goods or services, including ringtones, text alerts, wallpaper, reverse auction games, or coupons.

4.    Until recently, I was unaware that such charges could be placed on my cellphone bill.

DECLARATION OF ▮▮▮ - 1
CASE NO. 2:13-cv-00354 TSZ

5. I understand the Defendants in this case, M-Qube, Inc. and Mobile Messenger Americas, Inc., have listed my cellphone number as one of the numbers on which they placed charges for third-party goods or services.

6. Any such charges were unauthorized.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26th day of September, 2014 at San Diego, California.



TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

EXHIBIT 15

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10
11
12
13
14
15

RICHARD A. GEIER, individually and on
behalf of all others similarly situated,

                  Plaintiff,

    v.

M-QUBE, INC.; MOBILE MESSENGER
AMERICAS, INC., d/b/a MOBILE
MESSENGER; and JOHN DOES 1-20,

                  Defendants.

No. 2:13-cv-00354

**DECLARATION OF** ▮▮▮▮▮▮
▮▮▮▮▮

16
I, ▮▮▮▮▮▮▮ state as follows:

17
18
1.     I am over 18 years old and reside in Burbank, WA . I have personal knowledge of the facts set forth in this Declaration.

19
20
2.     From 2011 to 2013, my cellphone number has been ▮▮▮▮▮.

21
22
23
3.     To the best of my recollection, I have never authorized charges to be place on my cellphone bill for third-party goods or services, including ringtones, text alerts, wallpaper, reverse auction games, or coupons.

24
25
4.     Until recently, I was unaware that such charges could be placed on my cellphone bill.

26

DECLARATION OF ▮▮▮▮▮▮▮: 1
No. 2:13-cv-00354 TSZ

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

5.     I understand the Defendant in this case, M-Qube, Inc. and Mobile Messenger, have listed my cellphone number as one of the numbers on which they placed charges for third-party goods or services.

6.     Any such charges were unauthorized.

I declare under penalty of perjury under the laws of the United States and the state of Washington that the foregoing is true and correct.

EXECUTED this ___ day of September, 2014.



DECLARATION OF ███████ 2
No. 2:13-cv-00354 TSZ

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

EXHIBIT 16

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

RICHARD A. GEIER, individually and on
behalf of all others similarly situated,

        Plaintiff,

    v.

M-QUBE, INC.; MOBILE MESSENGER
AMERICAS, INC., d/b/a MOBILE
MESSENGER; and JOHN DOES 1-20,

        Defendants.

NO. 2:13-cv-00354 TSZ

**DECLARATION OF** ▮▮▮

I, ▮▮▮, state as follows:

1.     I am over 18 years old and reside in Edmonds, Washington. I have personal knowledge of the facts set forth in this declaration.

2.     From approximately January of 2010 to January of 2011, my cellphone number was ▮▮▮

3.     To the best of my recollection, I never authorized charges to be placed on my cellphone bill for third-party goods or services, including ringtones, text alerts, wallpaper, reverse auction games, or coupons.

4.     In March 2010, I added $20.00 of credit to my Virgin Mobile cellphone account. The very next day, a Virgin representative informed me that I had only a few cents of credit in

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1  my account. When I asked what happened to the funds I had just added, the representative said

2  that Mobile Messenger had made two charges of $9.99 for some monthly subscription. I never

3  authorized Mobile Messenger to do this, so I called the company to have the charge removed.

4  The company claimed that I signed up for text message subscription while taking an IQ test

5  online and refused to give me a refund. I know for a fact that the charges were unauthorized.

6  At the time, I did not even know how to use text messages.

7      5.      On March 18, 2010, I filed a complaint with the Washington State Attorney

8  General's Office regarding Mobile Messenger's unfair and deceptive actions. Attached hereto

9  as Exhibit 1 is true and correct copy of the complaint I filed with the Washington State

10  Attorney General's Office.

11      6.      Shortly after the Washington State Attorney General's Office contacted Mobile

12  Messenger regarding my complaint, Mobile Messenger gave me a refund for two months of

13  charges. Though I was happy to get the refund, I am still upset that Mobile Messenger charged

14  my cellphone account without my authorization.

15      I declare under penalty of perjury under the laws of the United States that the foregoing

16  is true and correct.

17      Executed this 30th day of October, 2014 at Redmond, Washington.

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

EXHIBIT 1

# Catalyst
# Complaint Cover Page

## 361669

## Complaint

| | | | | |
|---|---|---|---|---|
| **Number** | 361669 | | **Status** | **Closed** |
| Date | 3/18/2010 | | **Assignee** | **Hatcher, Sandra M** |
| Location | Seattle - Consumer Protection Division | | Actual Savings | $0.00 |
| NAICS | 990000-Unclassified Establishments | | Amount Disputed | $19.98 |
| | | | Estimated Savings | $19.98 |

## Complainant

| Name | Phone Day | Phone Evening | Email |
|---|---|---|---|
|  | | | |

## Respondent(s)

| Name | Contact | Phone | Toll Free | Email |
|---|---|---|---|---|
| **Mobile Messenger**<br>**10 High Street Ste 610**<br>**Boston, MA 02111** | **Alan Sage** | **(310) 957-3300 Ext:5104** | **(800) 416-6129** | **regulatoryaffairs@sms-helpdesk.com** |
| Tattoo Media dba My Luv Crush<br>General Counsel<br>10 High Street Ste 610<br>Boston, MA 02111 | Cliff Schneider | (800) 416-6129 | (800) 235-7105 | regulatoryaffairs@sms-helpdesk.com; |

## Referral(s)

| Name | Contact | Phone Contact | Phone | Email |
|---|---|---|---|---|

## Practice(s)

| Code | Practice |
|---|---|
| 060 | Unauthorized Debit |

## Activities

| Date Added | Activity Type | Activity |
|---|---|---|
| 3/23/2010 | Email to Complainant | C First Letter to Consumer To: |
| 3/23/2010 | Email to Respondent | R First Letter to Respondent To:<br>regulatoryaffairs@sms-helpdesk.com |

EN3-00086
PRR-2012-00442

| Date Added | Activity Type | Activity |
|---|---|---|
| 3/23/2010 | Email to Respondent | R First Letter to Respondent To: regulatoryaffairs@sms-helpdesk.com |
| 3/23/2010 | Email from Respondent | Auto Reply from Mobile Messenger |
| 3/23/2010 | Email from Complainant | |
| 3/23/2010 | Email to Complainant | Csup Closing Adjusted Compainant Notified Us To: ████████████ |
| 3/23/2010 | Resolution-CLOSED ADJUSTED | |
| 3/23/2010 | Email from Respondent | From Mobile Messenger see document 361669 |
| 3/29/2010 | Email to Respondent | Rsup Closing Adjusted To: regulatoryaffairs@sms-helpdesk.com; regulatoryaffairs@sms-helpdesk.com |
| 4/6/2010 | Email from Complainant | |

**361669**    2 of 2

# Catalyst Report

## Complaint Description

**Description**

I have a cell phone with Virgin Mobile. I topped up my cell phone for $20.00 the week of March 8th 2010. When I checked my balance the next day and found that I had 4 cents on my account. I called Virgin Mobile and told them that I just put $20.00 on my account and it was gone except for 4 cents. The operator Lucy said that Mobile Messenger had taken $9.99 ea for 2 months of subscription.I have never signed up for Mobile Messenger. I got the number (1-800-235-7105) for them and the code numbers ( 44999 and 89623) for the charges and called the service. They said that in Oct of 2008 I took an IQ test and apparently signed up for the service. I barely remember taking an IQ test in 2008, but I do remember starting one and then cancelling it, because it was asking to personal information. I deleted my information and closed the window. I DID NOT SIGN UP FOR ANY SERVICE, I know that for a fact. This Mobile Messenger service stole $19.98 from me and I want it back. What can I do? I first of all do not even know how to check messages, text messages, voice mail or most of those services that are free let alone that need paying for. All my cell phone is for emergencies and to call for information from the Irs when I'm doing taxes. I volunteer doing taxes through tce/vita sponsered by AARP. I want my money back. How do I get it?

C First Letter to Consumer To: ████████████████████
Rob McKenna
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000  Seattle, WA  98104  (206) 464-6686


3/23/2010





RE: Mobile Messenger and Tattoo Media dba My Luv Crush
File #: 361669

Dear████████████████

The complaint you submitted to our office has been assigned to me.  I have provided a copy of
your complaint to Mobile Messenger and Tattoo Media dba My Luv Crush and requested a
response within 21 business days.  I will notify you when the business responds to your
complaint.

Our informal mediation service takes approximately 6-8 weeks.  Your patience during this
process is appreciated.

Our office brings lawsuits in the name of the State of Washington, rather than on behalf of
private individuals. If the business does not respond or declines to adjust your complaint, this
office cannot require it to do so.  The Consumer Protection Act does not give us authority to act
as your private attorney.

Our office obtains valuable information from individual consumer complaints.  Your complaint
will become part of our public record of this firm's business practices.  We maintain complaint
files of business practices that may be useful if enforcement action on behalf of the State is
warranted in the future.

If the business does not respond or if your complaint is not resolved, we will inform you of
alternatives if you wish to pursue this matter further.  If you need to contact me, please have
your file number 361669 available for reference.

Thank you for contacting our office.

SANDRA M. HATCHER
Program Specialist 2

**361669**

Consumer Protection Division
(206) 389-2743

**361669**

EN3-00090
PRR-2012-00442

R First Letter to Respondent To:  regulatoryaffairs@sms-helpdesk.com
Rob McKenna
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000  Seattle, WA  98104  (206) 464-6686


3/23/2010


Mobile Messenger
Attention:  Alan Sage
10  High Street Ste 610
Boston, MA 02111


RE: ████████
File #: 361669

Dear Alan Sage:

Our office has received the enclosed complaint from ████████ regarding your business.

We forward consumer complaints to businesses in order to afford the business an opportunity to respond.  Many businesses have found this process to be beneficial.  Complaints and responses received in our office are a matter of public record.

Our office informally mediates complaints as a service to consumers and businesses. We may not act as an advocate or private attorney for either party. However, complaints may indicate a pattern of unfair or deceptive trade practices warranting further attention by our office.  Failure to respond to this complaint will be reflected in our public records, which are available to the public under the Public Records Act.

Our office requests you reply within 21 business days so that we may determine how to proceed in this matter.  Please address your response to me and include our file number 361669.

Thank you for your attention to this matter.


SANDRA M. HATCHER
Program Specialist 2
Consumer Protection Division
(206) 389-2743


Enclosure


**361669**

COMPLAINT SUMMARY
Consumer Information

Name:
██████████████

Address:
████████████████

Day Phone:
████████████

Evening Phone:

E-mail Address:
██████████████████

Age Group (optional):
59+

Do you want the Attorney General's Office to send this business a copy of your complaint-

Yes

Names and addresses of any other complainants involved:

Business Information

Name of business that I am complaining about:
Mobile Messenger

Address:
10  High Street Ste 610
Boston, MA 02111

Phone:
(310) 957-3300

**361669**

Toll-Free:
(800) 416-6129

Fax:
(310) 496-2873

E-mail:
regulatoryaffairs@sms-helpdesk.com

Name of owner or manager (if known):


Names and addresses of any other businesses involved in your complaint:
Tattoo Media dba My Luv Crush
General Counsel
10 High Street Ste 610
Boston, MA 02111

Item or service purchased:


Cost of item or service:


Did you sign a contract-
No

Date of transaction:


Salesperson's name:
lucy

Was an advertisement involved-
No

Date and source of advertisement:


About Your Complaint

Have you complained to the business-
Yes

If YES, to whom (include position)-

**361669**

What response did you receive-


If you have not contacted the business, explain why:

Have you filed a complaint about this business with the Attorney General's Office before-
No

If yes, list the file number assigned to that complaint:

Have you contacted a private attorney-
No

If YES, identify the name and address of the attorney:


Is there a court or other legal proceeding pending-
No

If YES, please explain:


Explain your complaint in detail:
I have a cell phone with Virgin Mobile. I topped up my cell phone for $20.00 the week of
March 8th 2010. When I checked my balance the next day and found that I had 4 cents on my
account. I called  Virgin Mobile and told them that I just put $20.00 on my account and it was
gone except for 4 cents. The operator Lucy said that  Mobile Messenger had taken $9.99 ea for
2 months of subscription.I have never signed up for Mobile Messenger. I got the number (1-800
-235-7105)  for them and the code numbers ( 44999 and 89623) for the charges and called the
service. They said that in Oct of 2008 I took an IQ test and apparently signed up for the service.
I barely remember taking an IQ test in 2008, but I do remember starting one and then cancelling
it, because it was asking to personal information. I deleted my information and closed the
window. I  DID NOT SIGN UP FOR ANY SERVICE, I know that for a fact.  This Mobile
Messenger service stole $19.98 from me and I want it back. What can I do- I first of all do not
even know how to check messages, text messages, voice mail or most of those services that are
free let alone that need paying for. All my cell phone is for emergencies and to call for
information from the Irs when I'm doing taxes. I volunteer doing taxes through tce/vita
sponsered by AARP. I want my money back. How do I get it-
What do you think the business should do to resolve your complaint- (circle one)
RFD
Explain if you have circled 'Other':

SIGNATURE
I declare, under penalty of perjury under the laws of the State of Washington, that the
information contained in this complaint is true and accurate, and that any documents attached
are true and accurate copies of the originals.

**361669**

I understand that my complaint and the related documents will become a 'public record' and under state law can be subject to a public records disclosure request and thus be seen by other people.

Signature ▮▮▮▮▮▮▮ Date March 17,2010
Received via the Internet
City and State where signed    Edmonds, WA

**361669**

R First Letter to Respondent To:  regulatoryaffairs@sms-helpdesk.com
Rob McKenna
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000  Seattle, WA  98104  (206) 464-6686


3/23/2010


Tattoo Media dba My Luv Crush
Attention:  Cliff Schneider
General Counsel
10 High Street Ste 610
Boston, MA 02111


RE: █████████
File #: 361669

Dear Cliff Schneider:

Our office has received the enclosed complaint from █████████ regarding your business.

We forward consumer complaints to businesses in order to afford the business an opportunity to respond.  Many businesses have found this process to be beneficial.  Complaints and responses received in our office are a matter of public record.

Our office informally mediates complaints as a service to consumers and businesses. We may not act as an advocate or private attorney for either party. However, complaints may indicate a pattern of unfair or deceptive trade practices warranting further attention by our office.  Failure to respond to this complaint will be reflected in our public records, which are available to the public under the Public Records Act.

Our office requests you reply within 21 business days so that we may determine how to proceed in this matter.  Please address your response to me and include our file number 361669.

Thank you for your attention to this matter.


SANDRA M. HATCHER
Program Specialist 2
Consumer Protection Division
(206) 389-2743


Enclosure

**361669**

COMPLAINT SUMMARY
Consumer Information

Name:
██████████████

Address:
█████████████████

Day Phone:
█████████████

Evening Phone:

E-mail Address:
██████████████████

Age Group (optional):
59+

Do you want the Attorney General's Office to send this business a copy of your complaint-

Yes

Names and addresses of any other complainants involved:

Business Information

Name of business that I am complaining about:
Mobile Messenger

Address:
10  High Street Ste 610
Boston, MA 02111

Phone:
(310) 957-3300

**361669**

Toll-Free:
(800) 416-6129

Fax:
(310) 496-2873

E-mail:
regulatoryaffairs@sms-helpdesk.com

Name of owner or manager (if known):


Names and addresses of any other businesses involved in your complaint:
Tattoo Media dba My Luv Crush
General Counsel
10 High Street Ste 610
Boston, MA 02111

Item or service purchased:


Cost of item or service:


Did you sign a contract-
No

Date of transaction:


Salesperson's name:
lucy

Was an advertisement involved-
No

Date and source of advertisement:


About Your Complaint

Have you complained to the business-
Yes

If YES, to whom (include position)-

**361669**

What response did you receive-

If you have not contacted the business, explain why:

Have you filed a complaint about this business with the Attorney General's Office before-
No

If yes, list the file number assigned to that complaint:

Have you contacted a private attorney-
No

If YES, identify the name and address of the attorney:

Is there a court or other legal proceeding pending-
No

If YES, please explain:

Explain your complaint in detail:
I have a cell phone with Virgin Mobile. I topped up my cell phone for $20.00 the week of March 8th 2010. When I checked my balance the next day and found that I had 4 cents on my account. I called Virgin Mobile and told them that I just put $20.00 on my account and it was gone except for 4 cents. The operator Lucy said that Mobile Messenger had taken $9.99 ea for 2 months of subscription.I have never signed up for Mobile Messenger. I got the number (1-800 -235-7105) for them and the code numbers ( 44999 and 89623) for the charges and called the service. They said that in Oct of 2008 I took an IQ test and apparently signed up for the service. I barely remember taking an IQ test in 2008, but I do remember starting one and then cancelling it, because it was asking to personal information. I deleted my information and closed the window. I DID NOT SIGN UP FOR ANY SERVICE, I know that for a fact. This Mobile Messenger service stole $19.98 from me and I want it back. What can I do- I first of all do not even know how to check messages, text messages, voice mail or most of those services that are free let alone that need paying for. All my cell phone is for emergencies and to call for information from the Irs when I'm doing taxes. I volunteer doing taxes through tce/vita sponsered by AARP. I want my money back. How do I get it-
What do you think the business should do to resolve your complaint- (circle one)
RFD
Explain if you have circled 'Other':

SIGNATURE
I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

**361669**

I understand that my complaint and the related documents will become a 'public record' and under state law can be subject to a public records disclosure request and thus be seen by other people.

Signature ███████████ March 17,2010
Received via the Internet
City and State where signed    Edmonds, WA

**361669**

From: Darcy Wedd [mailto:Darcy.Wedd@mobilemessenger.com]
Sent: Tuesday, March 23, 2010 10:54 AM
To: ATG MI Seattle CRC
Subject: Out of Office AutoReply: 361669 : A notice from the Washington State Attorney
General's Office

Thank you for your email. I am currently out of the office attending CTIA.

If your matter is urgent please contact me on +1 702 340 3984 or
michael.paj@mobilemessenger.com.

Regards,
Darcy

**361669**

From: ██████████ [mailto:████████████████████]
Sent: Tuesday, March 23, 2010 1:41 PM
To: ATG MI Seattle CRC
Subject: Re: 361669 : A notice from the Washington State Attorney General's Office

Dear Sandra,
I received a reply from a representative of Mobil Messenger today March 23, 2010. Her name is
Latavia X4814 at 1-800-416-6129. She said I should expect a check in a couple weeks and
apologized. Confirmation # 3622649.
Thank you very much for your help. I've decided Cell phones are not for me. I am canceling
mine.
████████████
case # 361669

**361669**

Csup Closing Adjusted Compainant Notified Us To: ███████████████

Rob McKenna
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000  Seattle, WA  98104  (206) 464-6686

3/23/2010



RE: Mobile Messenger
File #: 361669

Dear ████████████

Thank you for informing our office that your complaint against Mobile Messenger has been resolved to your satisfaction. Your complaint will remain as part of our public record of the firm's business practices.

We are happy to hear that our office was able to be of service to you.

SANDRA M. HATCHER
Program Specialist 2
Consumer Protection Division
(206) 389-2743

**361669**

-----Original Message-----
From: David.Yoon [mailto:David.Yoon@mobilemessenger.com]
Sent: Tuesday, March 23, 2010 3:30 PM
To: ATG MI Seattle CRC
Subject: RE: 361669 : A notice from the Washington State Attorney General's Office

Dear Sandra Hatcher,

Today, we contacted the customer and resolved the complaint. Please refer to the attached document for more details. We also mailed this attached letter to you via regular mail today. Thank you.


David Yoon

Director of Customer Care

MOBILEMESSENGER

6601 Center Drive West Suite 700
Los Angeles, CA 90045

Work:   +1 310 957 3300 ext: 5177
Mobile: +1 310 709 0433
Fax:    +1 310 496 2873
www.mobilemessenger.com

Mobile Messenger is the leading Mobile Solutions Provider, supplying its partners with cutting-edge technology and services that facilitate the marketing, distribution, and monetization of digital content to mobile devices. We provide strong, secure, and trusted connections to consumers, and offer comprehensive solutions supporting every step of your mobile business initiative. From creative, content management, and messaging connections, to payment processing and robust analysis that drive ROI, Mobile Messenger helps businesses build long-lasting, successful brands and mobile campaigns.

This communication, including any attachments, is confidential and intended solely for the named addressee. If you are not the intended recipient, please contact me immediately by reply email, delete it from your system and destroy any copies. This email is subject to copyright. No part of it should be reproduced, adapted or transmitted without the prior written consent of the copyright owner. Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of Mobile Messenger group companies.

**361669**

Rsup Closing Adjusted To: regulatoryaffairs@sms-helpdesk.com; regulatoryaffairs@sms-helpdesk.com

Rob McKenna
ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000  Seattle, WA  98104  (206) 464-6686

3/29/2010

Mobile Messenger
Attention:  Alan Sage
10  High Street Ste 610
Boston, MA 02111
Tattoo Media dba My Luv Crush
Attention:  Cliff Schneider
General Counsel
10 High Street Ste 610
Boston, MA 02111

RE: ▮▮▮▮▮▮▮▮▮
File #: 361669

Dear Alan Sage and Cliff Schneider:

Thank you for your recent communication informing our office of the resolution of the complaint from ▮▮▮▮▮▮▮▮▮▮

We appreciate your cooperation and assistance in this matter.  The consumer has been informed of your response, and we have closed the complaint accordingly.  Complaints and responses received in our office are a matter of public record.

SANDRA M. HATCHER
Program Specialist 2
Consumer Protection Division
(206) 389-2743

**361669**

From: ██████████ [mailto:████████████████]
Sent: Monday, April 05, 2010 2:21 PM
To: ATG MI Seattle CRC
Subject: case# 361669


Dear Sandra,
Just letting you know, I received my refund check today April 5,2010.
I want to say Thank you for your assistants.
██████████
Case #361669

**361669**



March 23, 2010

Rob McKenna
Attorney General of Washington
Consumer Protection Division
800 Fifth Avenue Suit 2000
Seattle, WA 98104
(206) 464-6686

**LOS ANGELES**
6601 Center Drive W Suite 700
Los Angeles, CA 90045
P: + 1 310 957 3300
F: + 1 310 861 1140

Re:    Consumer complaint by ███████  File # 361669



Wireless number: ████████
Day phone number: ████████

Dear Sir/Madam:

Mobile Messenger is a premium text message service that is initiated through various websites. This is a multi step process that begins with the customer entering his/her mobile number into the website, when the number is submitted a PIN number is sent to their mobile handset.  The customer must then enter the PIN number into the website and click on the terms and conditions. Once all steps are completed the customer is subscribed and sent a text message confirming subscription, informing the customer how to end services by simply texting the word "stop" to the short code provided, and charging the customer the fee that was approved upon checking the terms and condition box.  Depending upon the service the customer is charged on a weekly or monthly basis until "stop" is submitted or the customer contacts us and asks to be unsubscribed.

Our records indicate that the premium text message service was initiated via mobile number ████████ and its corresponding subscription charge was incurred accordingly on her wireless account as she stated on her complaint.  Therefore, we contacted Ms. ████████ today and issued a refund in the form of check for an amount of $19.98, which will be delivered to the mailing address as shown on this response within the next 10-14 business days.  Ms. ████ ████ has been informed of this resolution and is satisfied with our call.

Should you have any questions or concerns, please feel free to contact me.

Kind Regards,

David Yoon

Director of Customer Care

Work:    +1 310 957 3370
Mobile:  +1 310 709 0433
Fax:      +1 310 496 2873

March 23, 2010

Rob McKenna
Attorney General of Washington
Consumer Protection Division
800 Fifth Avenue Suit 2000
Seattle, WA 98104
(206) 464-6686

RECEIVED
MAR 30 2010
CONSUMER PROTECTION DIVISION
SEATTLE



**LOS ANGELES**
6601 Center Drive W Suite 700
Los Angeles, CA 90045
P: + 1 310 957 3300
F: + 1 310 861 1140

Re:    Consumer complaint by ███████ / File # 361669

███████

Wireless number: ███████
Day phone number: ███████

Dear Sir/Madam:

Mobile Messenger is a premium text message service that is initiated through various websites. This is a multi step process that begins with the customer entering his/her mobile number into the website, when the number is submitted a PIN number is sent to their mobile handset. The customer must then enter the PIN number into the website and click on the terms and conditions. Once all steps are completed the customer is subscribed and sent a text message confirming subscription, informing the customer how to end services by simply texting the word "stop" to the short code provided, and charging the customer the fee that was approved upon checking the terms and condition box. Depending upon the service the customer is charged on a weekly or monthly basis until "stop" is submitted or the customer contacts us and asks to be unsubscribed.

Our records indicate that the premium text message service was initiated via mobile number ███████ and its corresponding subscription charge was incurred accordingly on her wireless account as she stated on her complaint. Therefore, we contacted Ms.███████ today and issued a refund in the form of check for an amount of $19.98, which will be delivered to the mailing address as shown on this response within the next 10-14 business days. Ms.███████ ███████ has been informed of this resolution and is satisfied with our call.

Should you have any questions or concerns, please feel free to contact me.

Kind Regards,

David Yoon

Director of Customer Care

Work:    +1 310 957 3370
Mobile:  +1 310 709 0433
Fax:     +1 310 496 2873

EXHIBIT 17

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD A. GEIER, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>M-QUBE, INC.; MOBILE MESSENGER )<br>AMERICAS, INC., d/b/a MOBILE )<br>MESSENGER; and JOHN DOES 1-20, )<br>)<br>Defendants. ) | No. 2:13-cv-00354<br><br>**DECLARATION OF** ███████ |

I, ███████ state as follows:

1. I am over 18 years old and reside in Yakima, WA. I have personal knowledge of the facts set forth in this Declaration.

2. From 2011 to 2013, my cellphone number has been ███████.

3. To the best of my recollection, I have never authorized charges to be place on my cellphone bill for third-party goods or services, including ringtones, text alerts, wallpaper, reverse auction games, or coupons.

4. Until recently, I was unaware that such charges could be placed on my cellphone bill.

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

1      5.     I understand the Defendant in this case, M-Qube, Inc. and Mobile Messenger, have

2 listed my cellphone number as one of the numbers on which they placed charges for third-party

3 goods or services.

4      6.     Any such charges were unauthorized.

5

6      I declare under penalty of perjury under the laws of the United States and the state of

7 Washington that the foregoing is true and correct.

8      EXECUTED this ___1 st___ day of September, 2014.

9

10

11 ▮▮▮▮▮▮▮▮▮▮▮▮

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF  2
No. 2:13-cv-00354 TSZ

LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

EXHIBIT 18

HONORABLE THOMAS S. ZILLY

1

2

3

4

5

6

7                       U.S. DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON

8

9 RICHARD A. GEIER, individually and on
behalf of all others similarly situated,

10                       NO. 2:13-cv-00354 TSZ
        Plaintiff,

11                       **DECLARATION OF** ▇▇▇▇▇▇
      v.
                      ▇▇▇▇▇▇▇▇▇▇

12 M-QUBE, INC.; MOBILE MESSENGER
13 AMERICAS, INC., d/b/a MOBILE
MESSENGER; and JOHN DOES 1-20,

14         Defendants.

15

16

17       I, ▇▇▇▇▇▇▇▇▇, state as follows:

18       1.     I am over 18 years old and reside in Kent, Washington. I have personal

19 knowledge of the facts set forth in this declaration.

20       2.     Since at least January 2011, my cellphone number has been ▇▇▇▇▇▇

21       3.     To the best of my recollection, I have never authorized charges to be placed on

22 my cellphone bill for third-party goods or services, including ringtones, text alerts, wallpaper,

23 reverse auction games, or coupons.

24       4.     Until recently, I was unaware that such charges could be placed on my cellphone

25 bill.

26

27

DECLARATION OF ▇▇▇▇▇▇ - 1
CASE NO. 2:13-CV-00354 TSZ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1    5.    I understand the Defendants in this case, M-Qube, Inc. and Mobile Messenger

2 Americas, Inc., have listed my cellphone number as one of the numbers on which they placed

3 charges for third-party goods or services.

4    6.    Any such charges were unauthorized.

5    I declare under penalty of perjury under the laws of the United States that the foregoing

6 is true and correct.

7    Executed this *29* day of September, 2014 at Kent, Washington.



TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

EXHIBIT 19

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD A. GEIER, individually and on
behalf of all others similarly situated,

                Plaintiff,

   v.

M-QUBE, INC.; MOBILE MESSENGER
AMERICAS, INC., d/b/a MOBILE
MESSENGER; and JOHN DOES 1-20,

                Defendants.

No. 2:13-cv-00354

**DECLARATION OF** ███████

I, ███████, state as follows:

1.     I am over 18 years old and reside in Spokane Valley, WA. I have personal knowledge of the facts set forth in this Declaration.

2.     From 2011 to 2013, my cellphone number has been ███████

3.     To the best of my recollection, I have never authorized charges to be placed on my cellphone bill for third-party goods or services, including ringtones, text alerts, wallpaper, reverse auction games, or coupons.

4.     Until recently, I was unaware that such charges could be placed on my cellphone bill.

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

1    5.    I understand the Defendant in this case, M-Qube, Inc. and Mobile Messenger, have

2  listed my cellphone number as one of the numbers on which they placed charges for third-party

3  goods or services.

4    6.    Any such charges were unauthorized.

5

6    I declare under penalty of perjury under the laws of the United States and the state of

7  Washington that the foregoing is true and correct.

8    EXECUTED this 12th day of September, 2014.

LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA  99201
(509) 455-3966

EXHIBIT 20

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

RICHARD A. GEIER, individually and on
behalf of all others similarly situated,

Plaintiff,

v.

M-QUBE, INC.; MOBILE MESSENGER
AMERICAS, INC., d/b/a MOBILE
MESSENGER; and JOHN DOES 1-20,

Defendants.

NO. 2:13-cv-00354 TSZ

**DECLARATION OF** ███
███

I, ███ state as follows:

1.  I am over 18 years old and reside in Seattle, Washington. I have personal knowledge of the facts set forth in this declaration.

2.  Since at least January 2011, my cellphone number has been ███

3.  To the best of my recollection, I have never authorized charges to be placed on my cellphone bill for third-party goods or services, including ringtones, text alerts, wallpaper, reverse auction games, or coupons.

4.  Until recently, I was unaware that such charges could be placed on my cellphone bill.

DECLARATION OF ███ - 1
CASE NO. 2:13-CV-00354 TSZ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1    5.    I understand the Defendants in this case, M-Qube, Inc. and Mobile Messenger

2   Americas, Inc., have listed my cellphone number as one of the numbers on which they placed

3   charges for third-party goods or services.

4    6.    Any such charges were unauthorized.

5   I declare under penalty of perjury under the laws of the United States that the foregoing

6   is true and correct.

7   Executed this __30__ day of September, 2014 at Seattle, Washington.

8

9



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

EXHIBIT 21

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD A. GEIER, individually and on
behalf of all others similarly situated,

      Plaintiff,

 v.

M-QUBE, INC.; MOBILE MESSENGER
AMERICAS, INC., d/b/a MOBILE
MESSENGER; and JOHN DOES 1-20,

      Defendants.

No. 2:13-cv-00354

**DECLARATION OF** █████████

I, ███████, state as follows:

1. I am over 18 years old and reside in Cheney, WA. I have personal knowledge of the facts set forth in this Declaration.

2. From 2011 to 2013, my cellphone number has been ████████

3. To the best of my recollection, I have never authorized charges to be placed on my cellphone bill for third-party goods or services, including ringtones, text alerts, wallpaper, reverse auction games, or coupons.

4. Until recently, I was unaware that such charges could be placed on my cellphone bill.

DECLARATION OF █████████ : 1
No. 2:13-cv-00354 TSZ

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

5.  I understand the Defendant in this case, M-Qube, Inc. and Mobile Messenger, have listed my cellphone number as one of the numbers on which they placed charges for third-party goods or services.

6.  Any such charges were unauthorized.

I declare under penalty of perjury under the laws of the United States and the state of Washington that the foregoing is true and correct.

EXECUTED this _17_ day of September, 2014.



(Signature)

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

EXHIBIT 22

HONORABLE THOMAS S. ZILLY

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

RICHARD A. GEIER, individually and on
behalf of all others similarly situated,

        Plaintiff,

    v.

M-QUBE, INC.; MOBILE MESSENGER
AMERICAS, INC., d/b/a MOBILE
MESSENGER; and JOHN DOES 1-20,

        Defendants.

NO. 2:13-cv-00354 TSZ

**DECLARATION OF** ███

I, ███, state as follows:

1.    I am over 18 years old and reside in Tenino, Washington. I have personal knowledge of the facts set forth in this declaration.

2.    Since at least January 2011, my cellphone number has been ███.

3.    To the best of my recollection, I have never authorized charges to be placed on my cellphone bill for third-party goods or services, including ringtones, text alerts, wallpaper, reverse auction games, or coupons.

4.    Until recently, I was unaware that such charges could be placed on my cellphone bill.

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1    5.    I understand the Defendants in this case, M-Qube, Inc. and Mobile Messenger

2    Americas, Inc., have listed my cellphone number as one of the numbers on which they placed

3    charges for third-party goods or services.

4    6.    Any such charges were unauthorized.

5    I declare under penalty of perjury under the laws of the United States that the foregoing

6    is true and correct.

7    Executed this ⎣5⎦ day of September, 2014 at Tenino, Washington.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

EXHIBIT 23

HONORABLE THOMAS S. ZILLY

1
2
3
4
5
6

U.S. DISTRICT COURT
7                    WESTERN DISTRICT OF WASHINGTON

8

9   RICHARD A. GEIER, individually and on
    behalf of all others similarly situated,
10                                                    NO. 2:13-cv-00354 TSZ
                      Plaintiff,
11                                                    **DECLARATION OF** ▮▮▮▮▮▮▮
    v.                                                ▮▮▮▮▮
12
    M-QUBE, INC.; MOBILE MESSENGER
13  AMERICAS, INC., d/b/a MOBILE
    MESSENGER; and JOHN DOES 1-20,
14
                      Defendants.
15

16

17          I, ▮▮▮▮▮▮▮▮▮▮ , state as follows:

18          1.      I am over 18 years old and reside in Auburn, Washington. I have personal

19  knowledge of the facts set forth in this declaration.

20          2.      Since at least January 2011, my cellphone number has been ▮▮▮▮▮▮▮▮ .

21          3.      To the best of my recollection, I have never authorized charges to be placed on

22  the bill related to my cellphone number for third-party goods or services, including ringtones,

23  text alerts, wallpaper, reverse auction games, or coupons.

24          4.      On at least two occasions, I identified unauthorized third-party charges on my

25  cellphone in the amount of approximately $9.99 per charge. I contacted my cellphone carrier

26  and alerted the representative to the unauthorized third-party charges on my bill. The

27

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1  representative informed me that the carrier would refund my account.  However, the refunds

2  did not post to my account for several months.

3      5.      I understand the Defendants in this case, M-Qube, Inc. and Mobile Messenger

4  Americas, Inc., have listed my cellphone number as one of the numbers on which they placed

5  charges for third-party goods or services.

6      6.      Any such charges were unauthorized.

7      I declare under penalty of perjury under the laws of the United States that the foregoing

8  is true and correct.

9      Executed this 15 day of October, 2014 at Auburn, Washington.

10

11  

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

EXHIBIT 24

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD A. GEIER, individually and on
behalf of all others similarly situated,

                Plaintiff,

    v.

M-QUBE, INC.; MOBILE MESSENGER
AMERICAS, INC., d/b/a MOBILE
MESSENGER; and JOHN DOES 1-20,

                Defendants.

No. 2:13-cv-00354

DECLARATION OF ██████████
████████████

I, ███████████, state as follows:

1.     I am over 18 years old and reside in Colbert, WA. I have personal knowledge of the facts set forth in this Declaration.

2.     From 2011 to 2013, my cellphone number has been ███████████

3.     To the best of my recollection, I have never authorized charges to be placed on my cellphone bill for third-party goods or services, including ringtones, text alerts, wallpaper, reverse auction games, or coupons.

4.     Until recently, I was unaware that such charges could be placed on my cellphone bill.

LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

5. I understand the Defendant in this case, M-Qube, Inc. and Mobile Messenger, have listed my cellphone number as one of the numbers on which they placed charges for third-party goods or services.

6. Any such charges were unauthorized.

I declare under penalty of perjury under the laws of the United States and the state of Washington that the foregoing is true and correct.

EXECUTED this _25_ day of September, 2014.



LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

EXHIBIT 25

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD A. GEIER, individually and on
behalf of all others similarly situated,

              Plaintiff,

    v.

M-QUBE, INC.; MOBILE MESSENGER
AMERICAS, INC., d/b/a MOBILE
MESSENGER; and JOHN DOES 1-20,

              Defendants.

No. 2:13-cv-00354

**DECLARATION OF** ████████

I, ████████ state as follows:

1.    I am over 18 years old and reside in Goldendale , WA. I have personal knowledge of the facts set forth in this Declaration.

2.    From 2011 to 2013, my family's cellphone number has been ████████

3.    To the best of my recollection, I have never authorized charges to be placed on my cellphone bill for third-party goods or services, including ringtones, text alerts, wallpaper, reverse auction games, or coupons.

4.    Until recently, I was unaware that such charges could be placed on my cellphone bill.

DECLARATION OF ████████   1
No. 2:13-cv-00354 TSZ

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

5.      I understand the Defendant in this case, M-Qube, Inc. and Mobile Messenger, have

listed my cellphone number as one of the numbers on which they placed charges for third-party

goods or services.

6.      Any such charges were unauthorized.

I declare under penalty of perjury under the laws of the United States and the state of

Washington that the foregoing is true and correct.

EXECUTED this _30_ day of September, 2014.



DECLARATION OF ██████████: 2
No. 2:13-cv-00354 TSZ

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

EXHIBIT 26

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD A. GEIER, individually and on
behalf of all others similarly situated,   )
                                           )
                            Plaintiff,     )   No. 2:13-cv-00354
                                           )
       v.                                  )   **DECLARATION OF** ████████
                                           )   ████████
M-QUBE, INC.; MOBILE MESSENGER             )
AMERICAS, INC., d/b/a MOBILE               )
MESSENGER; and JOHN DOES 1-20,             )
                                           )
                            Defendants.    )
_____)

I, ████████ , state as follows:

1.     I am over 18 years old and reside in Chattoroy, WA. I have personal knowledge of

the facts set forth in this Declaration.

2.     From 2011 to 2013, my cellphone number has been ████████.

3.     To the best of my recollection, I have never authorized charges to be placed on my

cellphone bill for third-party goods or services, including ringtones, text alerts, wallpaper, reverse

auction games, or coupons.

4.     Until recently, I was unaware that such charges could be placed on my cellphone

bill.

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

5.     I understand the Defendant in this case, M-Qube, Inc. and Mobile Messenger, have listed my cellphone number as one of the numbers on which they placed charges for third-party goods or services.

6.     Any such charges were unauthorized.

I declare under penalty of perjury under the laws of the United States and the state of Washington that the foregoing is true and correct.

EXECUTED this _13_ day of October, 2014.

(Signature)

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966